

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:  01-12-00372-CV

Trial Court Cause
Number:  1154895

Style:  KTRK Television, Inc.("KTRK")

**v**  Theaola Robinson

Date motion filed[*]:  February 22, 2013

Type of motion:  Emergency Motion to Stay

Party filing motion:  Appellant

Document to be filed:  n/a

Is appeal accelerated? ☒ YES  ☐ NO

Ordered that motion is:

☒ Granted

> If document is to be filed, document due: _____

> ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: Trial is stayed pending further action of this Court.

Judge's signature: /s/ Jim Sharp
  ☒ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: February 22, 2013